1  DANIYAL M. HABIB CA Bar No. 338197
      dhabib@foley.com
2  **FOLEY & LARDNER LLP**
   11988 EL CAMINO REAL, SUITE 400
3  SAN DIEGO, CA 92130
   TELEPHONE:  858.847.6700
4  FACSIMILE:    858.792.6773

5  Attorneys for Petitioner Nexteer
   Automotive Corporation
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | IN RE: DMCA SECTION 512(H) SUBPOENA TO SLIDESHARE, LLC | MISC. ACTION NO: _____ |
   |---|---|
   |  | **NEXTEER AUTOMOTIVE CORPORATION'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA TO SLIDESHARE, LLC PURSUANT TO 17 U.S.C. § 512(H), TO IDENTIFY ALLEGED INFRINGER(S)** |

Nexteer Automotive Corporation ("Nexteer"), through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to SlideShare, LLC ("SlideShare") to identify an alleged infringer or infringers, pursuant to the Digital Millennium Copyright Act ("DCMA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). It is Nexteer's understanding the Scribd, Inc. is the parent company of Slideshare and Slideshare is the website on which fringing content was found. The proposed DMCA subpoena is attached hereto as Exhibit A.

The DMCA Subpoena is directed to service provider SlideShare. SlideShare operates a website to which the infringing party or parties posted confidential Nexteer presentations, which postings infringe copyrights held by or assigned to Nexteer in those materials (the "Infringing Content"). (See Declaration of Pete Kiousis, ¶3).

Nexteer has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), because:

1. Nexteer has submitted a copy of the DMCA notification required by 17 U.S.C. § 512(c)(3)(A) as Exhibit 1 to the Pete Kiousis Declaration, filed concurrently herewith;

2. Nexteer has submitted the proposed DMCA Subpoena concurrently herewith; and

3. Nexteer has submitted a sworn declaration confirming that the purpose for which the DMCA subpoena is sought is to obtain the identity of the alleged infringer or infringers, and that such information will only be used for the purpose of protecting Nexteer's rights under Title 17 U.S.C. § 512(h)(2).

Accordingly, in support of its request for a DMCA Subpoena, Nexteer submits and attaches:

- A copy of the DMCA notification described in 17 U.S.C. § 512(c)(3)(A) (see Pete Kiousis Decl., Ex. 1);
- A proposed DMCA Subpoena directed to service provider SlideShare (Ex. A hereto); and
- A sworn declaration that the purpose for which the DMCA Subpoena is sought is proper under the DMCA. (See Pete Kiousis Decl., ¶5.)

Because Nexteer has complied with the statutory requirements, Nexteer respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

DATE: August 8, 2024

**FOLEY & LARDNER LLP**
DANIYAL M. HABIB

By: /s/ Daniyal M. Habib
DANIYAL M. HABIB
Attorneys for Petitioner Nexteer
Automotive Corporation